IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETER DENTON, and<br>HARVEST INVESTORS, L.P.<br><br>**Plaintiffs**<br><br>v.<br><br>**RUDOLF SUTER,**<br><br>**Defendant.** | § § § § § § § § § § § § | CIVIL ACTION NO. 3:11-CV-02559-N |

---

**PLAINTIFFS' MOTION FOR CONFIRMATION OF FOREIGN ARBITRATION AWARD AND ENTRY OF FINAL JUDGMENT**

---

Peter Denton and Harvest Investors, L.P., ("Plaintiffs") file this Plaintiffs' Motion for Confirmation of Foreign Arbitration Award and Entry of Final Judgment, and in support thereof would respectfully show this Court as follows:

For the reasons set forth in Plaintiffs' Brief in Support of Motion for Confirmation of Foreign Arbitration Award and Entry of Final Judgment and the evidence in Plaintiffs' Appendix in Support of Motion for Confirmation of Foreign Arbitration Award and Entry of Final Judgment and on file with the Court, Plaintiffs respectfully request that the Court, pursuant to 9 U.S.C. §§ 201-208 and in accordance with the New York Convention, confirm the Switzerland Arbitration Award and enter a judgment against Defendant in the amount of the Award plus costs of court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court enter an order confirming the Award against Defendant as requested herein and enter

---

judgment in Plaintiffs' favor against Defendant in the full amount of the Award plus costs of court, and for such other and further relief to which they may be justly entitled.

Dated January 27, 2012

                Respectfully submitted,

By:   _s/Robert Berry_____ _____
Robert D. Allen
State Bar No. 01051315
bob.allen@mbtlaw.com
Abel A. Leal
State Bar No. 24026989
abel.leal@mbtlaw.com
Robert L. Berry
State Bar No. 24027145
robert.berry@mbtlaw.com
MECKLER BULGER TILSON MARICK &
PEARSON LLP
10,000 N. Central Expressway
Suite 1450
Dallas, TX  75231
(214) 265-6200
(214) 265-6226 (Fax)

**ATTORNEYS FOR PLAINTIFFS PETER DENTON AND HARVEST INVESTORS, L.P.**

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2012, I filed electronically the forgoing Motion for Confirmation of Foreign Arbitration Award and Entry of Final Judgment with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sends a "Notice of Electronic Filing" to counsel of record for Defendant, who consented in writing to accept this Notice as service of this document by electronic means:

      Steven J. Lownds
      Brent Lee
      QUILLING, SELANDER, LOWNDS,
      WINSLETT&MOSER, P.C.
      2001 Bryan Street, Suite 1800
      Dallas, Texas 75201


        _s/Robert Berry_____
        Robert L. Berry