IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETER DENTON, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:11-cv-2559-N |
| | § | |
| RUDOLF SUTER, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

All pending post-judgment matters in the case are STAYED and all pending deadlines and motions (Dkt. Nos. 49, 66, 92, & 121) are TERMINATED, subject to this stay's being lifted upon the motion of any party if the 11 U.S.C. § 362 automatic stay is lifted by the bankruptcy court, whether before or at the time that Mr. Suter's bankruptcy proceedings are concluded.

SO ORDERED this 27th day of February, 2014

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

SOLO PAGE