IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETER DENTON, ET AL., | § | |
| Plaintiffs, | § § § | |
| V. | § § | No. 3:11-cv-2559-N |
| RUDOLF SUTER, | § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 19, 2016, the Court finds that the Amended Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 16th day of February 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE